**So Ordered.**

Dated: December 19th, 2024



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

**CYNTHIA R. MURPHY & CHRISTOPHER J. ROSE,**

Debtors.

Case No. **24-00217-FPC11**

Chapter **11**

**FINDINGS OF FACT**

**THIS MATTER** came before the court for hearing on December 18, 2024 upon the issues raised by Debtors' request for confirmation of Debtors' First Amended Plan of Reorganization filed herein on October 28, 2024 [*ECF 77*] (hereinafter the "Plan") and based upon the evidence produced, the court now makes the following:

**FINDINGS OF FACT**

1. The Debtors' Plan was submitted to Creditors and other parties in interest;

Findings of Fact -1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
5105 E. 3RD AVENUE, SUITE 101
SPOKANE VALLEY, WA 99212
TELEPHONE (509) 624-0159

2. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

3. The provisions of Chapter 11 of the United States Code have been complied with, the Plan has been proposed in good faith and not by any means forbidden by law;

4. (a) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan;

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

6. Confirmation of the Plan is not likely to be followed by the need for further financial reorganization of the Debtors, or (b) if the Plan is a plan of liquidation or partial liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period;

7. Pursuant to the Plan, substantial consummation shall occur within sixty (60) days following Confirmation;

8. Creditors were given Notice of Confirmation and no objections thereto were made; and

Findings of Fact -2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
5105 E. 3RD AVENUE, SUITE 101
SPOKANE VALLEY, WA 99212
TELEPHONE (509) 624-0159

24-00217-FPC11   Doc 116   Filed 12/19/24   Entered 12/19/24 11:00:38   Pg 2 of 3

9. It is proper that the Plan be confirmed.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Kevin O'Rourke
    KEVIN O'ROURKE, WSBA #28912
    Attorneys for Debtors

Findings of Fact -3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
5105 E. 3RD AVENUE, SUITE 101
SPOKANE VALLEY, WA 99212
TELEPHONE (509) 624-0159

24-00217-FPC11    Doc 116    Filed 12/19/24    Entered 12/19/24 11:00:38    Pg 3 of 3