So Ordered.

Dated: December 19th, 2024



Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>**CYNTHIA R. MURPHY & CHRISTOPHER J. ROSE,**<br><br>Debtors. | Case No. **24-00217-FPC11**<br><br>Chapter 11<br><br>**CONCLUSIONS OF LAW** |
|---|---|

    **THIS MATTER** came on for hearing on December 18, 2024 upon the issues raised by Debtors' request to confirm Debtors' First Amended Plan of Reorganization filed herein on October 28, 2024 [*ECF 77*] (hereinafter the "Plan"), and the court having entered its Findings of Fact, based upon the evidence produced, the court now makes the following:

**CONCLUSIONS OF LAW**

    1.    The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law;

Conclusions of Law-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
5105 E. 3RD AVENUE, SUITE 101
SPOKANE VALLEY, WA 99212
TELEPHONE (509) 624-0159

24-00217-FPC11   Doc 117   Filed 12/19/24   Entered 12/19/24 11:02:18   Pg 1 of 3

2. The provisions of Chapter 11 have been complied with, the Plan has been proposed in good faith and not by means forbidden by law;

3. (i) Each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Code on such date, or (ii) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interest that are impaired under the Plan and has not accepted the Plan;

4. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by an other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court;

5. The identity of any insider that will be employed or retained by the Debtors and their compensation has been fully disclosed;

6. (i) Confirmation of the Plan is not likely to be followed by the need for further financial reorganization of the Debtors or (ii) if the Plan is a Plan of liquidation or partial liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for eventuality if the liquidation is not accomplished in that period;

7. Substantial consummation shall occur within sixty (60) days following Confirmation;

8. Creditors were given Notice of Confirmation and no objections thereto were made; and

Conclusions of Law-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
5105 E. 3RD AVENUE, SUITE 101
SPOKANE VALLEY, WA 99212
TELEPHONE (509) 624-0159

24-00217-FPC11    Doc 117    Filed 12/19/24    Entered 12/19/24 11:02:18    Pg 2 of 3

9. It is proper that the Plan be confirmed.

///END OF ORDER///

PRESENTED BY:

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Kevin O'Rourke
 KEVIN O'ROURKE, WSBA #28912
 Attorneys for Debtors

Conclusions of Law-3

**SOUTHWELL & O'ROURKE, P.S.**
**A PROFESSIONAL SERVICE CORPORATION**
**ATTORNEYS AT LAW**
5105 E. 3RD AVENUE, SUITE 101
SPOKANE VALLEY, WA 99212
TELEPHONE (509) 624-0159

24-00217-FPC11    Doc 117    Filed 12/19/24    Entered 12/19/24 11:02:18    Pg 3 of 3